# Court of Appeals
# of the State of Georgia

ATLANTA,   April 27, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0215.   JAMES P. GARRETT, ET AL. v. SOUTHERN HEALTH CORPORATION OF ELLIJAY, INC.**

Southern Health Corporation of Ellijay, Inc., filed suit against James P. Garrett and Roberta Mundy.  By order entered April 11, 2012, the trial court granted the plaintiffs' motion for partial summary judgment. Garrett and Mundy seek interlocutory review of this ruling.

The grant of partial summary judgment may be directly appealed.  See OCGA § 9-11-56 (h); see also *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). Because the order at issue is directly appealable and is not subject to the interlocutory appeal requirements, this application is hereby GRANTED.  See *Spivey v. Hembree*, 268 Ga. App. 485, 602 SE2d 246 (2004).  Garrett and Mundy shall have ten days from the date of this order to file a notice of appeal with the superior court. If they have already filed a notice of appeal from the order at issue here, they need not file a second notice. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/27/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*